# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALAN CAMPBELL, individually and as Mitchell Campbell's grandfather, and his capacity as the Personal Representative for the Estate of Mitchell Campbell; DIANE CAMPBELL, individually and as Mitchell Campbell's grandmother; and MC, the biological minor daughter of Mitchell Campbell, by and through a GAL Rick Hernandez,<br><br>Plaintiffs,<br>v.<br><br>OUR LADY OF LOURDES HOSPITAL AT PASCO, d/b/a Lourdes Medical Center; CITY OF PASCO; CITY OF PASCO POLICE DEPARTMENT; CITY OF PASCO CHIEF OF POLICE ROBERT METZGER, in his official capacity as well as his individual capacity, and his spouse Jane Doe Metzger, individually; CITY OF PASCO POLICE OFFICER ROBERT HARRIS, in his official capacity as well as his individual capacity, and his spouse Jane Doe Harris, individually; CITY OF PASCO OFFICER MATT GRIFFIN, in his official capacity as well as his | NO: 4:16-CV-5048-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

| | |
|---|---|
| 1  individual capacity, and his spouse Jane Doe Griffin; FRANKLIN<br>2  COUNTY; FRANKLIN COUNTY SHERIFF RICHARD LATHIM, in his<br>3  official capacity as well as his individual capacity, and his spouse<br>4  Jane Doe Lathim; CAPTAIN RICK LONG, in his official capacity as well<br>5  as his individual capacity, and his spouse Jane Doe Long; FRANKLIN<br>6  COUNTY CORRECTIONS OFFICER JESSICA BROOKS, in her official<br>7  capacity as well as her individual capacity, and her spouse John Doe<br>8  Brooks; FRANKLIN COUNTY CORRECTIONS OFFICER YVETTE<br>9  WILSON, in her official capacity as well as her individual capacity, and her<br>10 spouse John Doe Wilson; and DOES 1-12,<br>11<br>12              Defendants. | |

13   **BEFORE** the Court is the parties' Stipulation for Order of Dismissal with

14  Prejudice and without Costs or Attorney's Fees, ECF No. 74.  Having reviewed the

15  Stipulation and the record, the Court finds good cause to approve dismissal.

16  Accordingly, **IT IS HEREBY ORDERED**:

17   1. The parties' Stipulation for Order of Dismissal with Prejudice and without

18      Costs or Attorney's Fees, **ECF No. 74**, is **APPROVED**.

19   2. Plaintiffs' Complaint is dismissed with prejudice and without costs to any

20      party.

21   3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 2

4. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** May 1, 2017.

                                        *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                                     United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 3